**Motion Granted; Appeal Dismissed and Memorandum Opinion filed May 24, 2012.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-12-00442-CV

_____

**TCHEWAM "LILY" MUKWANGE, Appellant**

**V.**

**PUBLIC STORAGE, Appellee**

**On Appeal from the County Civil Court at Law No. 4**
**Harris County, Texas**
**Trial Court Cause No. 1012566**

## MEMORANDUM OPINION

This is an attempted appeal from an order signed May 2, 2012, sustaining a contest to appellant's affidavit of indigence and ordering her to pay costs of her suit, which was filed April 5, 2012. The general rule, with a few exceptions, is that an appellant can only appeal from a final judgment. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). An appellant may appeal an interlocutory order only if authorized by statute. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001). An order sustaining a contest to an affidavit of indigency is an interlocutory order not included in the list of orders made appealable by statute. *See* Tex. Civ. Prac. & Rem.Code § 51.014(a)

On May 16, 2012, appellant filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed without prejudice to filing an appeal from a final judgment.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Seymore and Brown.